**IT IS ORDERED as set forth below:**



**Date: May 12, 2022**

_____

Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE:                                          )
                                                )       Chapter 13
SEUNG HWA LEE                                   )       Case No. 21-40304-EJC
17 HARTLAND COURT                               )
SAVANNAH, GA 31407                              )
                                                )
                                                )
                                Debtor(s)       )

### CONSENT ORDER ON TRUSTEE'S MOTION TO CONVERT

The Chapter 13 Trustee ("Trustee") filed a Motion to Convert the above-referenced case due to the failure to make the payments as required by the Order Confirming Plan, or subsequent Orders regarding the Plan payment. The Debtor is delinquent $10,500.00 through April 2022. It appears to the Court, as evidenced by the signatures below, that the parties have agreed to resolve the matter by the entry of this Order on the following terms:

[ **X** ]  Debtor(s) shall pay to the Trustee the amount of __**$5,000.00 (partial cure payment)**__ by __**April 30, 2022 (Counsel for the Debtor provided proof of this payment)**__.

[ **X** ]  Beginning with the payment due in __**May 2022**__, Debtor(s) will make payments to the Chapter 13 Trustee in the **_increased_** amount of __**$2,150.00**__ per month to pay as required, which includes the payment in full of the above delinquency. Debtor(s) must continue making payments in this amount for the remaining tenure of the Plan, unless otherwise set forth in the original confirmed Plan or by subsequent order of this Court. If the Plan payments are being made direct, the payment is due to the Trustee by the 20th day of each month. The payments must be made by money order, cashiers check or ePay (if eligible - see www.ch13sav.com).

Upon the failure to strictly comply with any terms of this Consent Order by the Debtor(s), the Trustee shall file a Notice of Non-Compliance and serve a copy on the Debtor(s) and attorney for Debtor(s), providing the Debtor(s) opportunity for hearing upon request. If no request for a hearing is filed within 14 days of the Notice of Non-Compliance, the case will be CONVERTED to one under Chapter 7, without further notice or hearing. *No request for hearing should be filed unless the Trustee's notice is factually inaccurate.* The strict compliance provision(s) outlined above shall apply to all future payments to the Chapter 13 Plan, including any future modification of payments to the plan, for a period of 9 months.

**SO ORDERED.**

[END OF DOCUMENT]

Approved and Consented to by:

CHAPTER 13 TRUSTEE
_____ O. Byron Meredith III, Trustee (GA Bar No. 002300)
_____ Lynn Carroll, Staff Attorney (GA Bar No. 460365)
_____ Carri Johnson, Staff Attorney (GA Bar No. 301590)
_____ Sabari Pillai, Staff Attorney (GA Bar No. 793947)

P.O. Box 10556
Savannah, GA 31412
(912) 234-5052

Consented to by:

Jeremiah B. Gastin
Ga Bar 705768

JUDSON C. HILL (GA Bar No.          )
Attorney for Debtor(s)

_____
Debtor

_____
Debtor

054