# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re: | Case No.: 21–40304–EJC
**Seung Hwa Lee,**
    Debtor.

Judge: Edward J. Coleman III

Chapter: 7

### *ORDER CONVERTING CHAPTER 13 CASE*

Pursuant to 11 U.S.C. §1307 this Chapter 13 case is converted to Chapter 7.

IT IS THEREFORE THE ORDER OF THIS COURT THAT:

1) Order for Relief under Chapter 7 of Title 11 of the United States Code is granted.

2) The Trustee shall pay funds remaining in this case, if any, to the debtor unless a party in interest files a written objection within fourteen (14) days from the date of this Order.

3) The debtor shall file all schedules, statements, or amendments required by Bankruptcy Rule 1019(5) within fourteen (14) days from the date of this Order. If applicable, the debtor shall file a statement of intention (Official Form 108) within 30 days after entry of the order of conversion or the date set for the meeting of creditors, whichever is earlier.



Edward J. Coleman III
United States Bankruptcy Judge
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412

Dated: **September 13, 2022**

*7–16 (Rev. 01/21)* **HKB**