# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Seung Hwa Lee,**  
    Debtor.

Case No.: 21–40304–EJC  
Judge: Edward J. Coleman III  
Chapter: 7

## ORDER AND NOTICE OF EXPEDITED HEARING ON MOTION FOR LEAVE TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND APPLICATION TO DEFER FEE

On November 28, 2022, Trustee, Tiffany E. Caron filed an Expedited Motion for Leave to Sell Real Property Free and Clear of Liens and Application to Defer Fee

___

IT IS HEREBY ORDERED that all parties shall show cause in writing on or before December 7, 2022, and serve a copy on Tiffany E. Caron, PO Box 711, West Palm Beach, FL 33402 why this motion should not be granted as outlined above, and urge any objections at a hearing which will be held to consider this motion on:

**December 8, 2022, at 10:00 AM**  
**124 Barnard Street, 2nd Floor Hearing Room, Savannah, GA 31401**

A copy of Movant's motion is being served contemporaneously with the issuance of this notice.

FURTHER ORDERED, any creditor claiming a lien on said property shall appear at the hearing with records sufficient to document such claim.



Edward J. Coleman III  
United States Bankruptcy Judge  
124 Barnard Street, 2nd Floor  
P.O. Box 8347  
Savannah, GA 31412

Dated: **November 28, 2022**  
*B–18 (03/22)* **CAH**