# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Seung Hwa Lee,**<br>    Debtor. | Case No.: 21–40304–EJC<br>Judge:  Edward J. Coleman III<br>Chapter:  7 |

## ORDER REQUIRING SERVICE BY TRUSTEE

**IT IS ORDERED THAT:**

1) TRUSTEE ,Tiffany E. Caron, shall mail, INSTANTER Enter deadline for service, a copy of Expedited Motion for Leave to Sell Real Property Free and Clear of Liens and Application to Defer Fee [Dckt. 110] and Order and Notice of Hearing [Dckt. 113] to all parties required by the Bankruptcy Code and Rules.

2) TRUSTEE ,Tiffany E. Caron, shall complete and file with the Court a Certificate of Service immediately upon mailing.



Edward J. Coleman III
United States Bankruptcy Judge
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412

Dated: **November 28, 2022**

*B–07 [Rev. 02 /20]* **CAH**