# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 7** |
| **SEUNG HWA LEE,** | § | **Case No. 21-40304-EJC** |
| | § | |
| **Debtor.** | § | |
| | § | |

## CERTIFICATE OF SERVICE

I, Tiffany E. Caron do hereby certify that I have this date served a copy of the Expedited Motion for Leave to Sell Real Property Free and Clear of Liens and Application to Defer Fee [Dckt. 110] and Order and Notice of Hearing [Dckt. 113] upon the following by depositing a copy of the same in the United States mail with proper postage affixed or via the Court's ECF system:

All creditors and parties in interest listed on the attached mailing matrix.

This 28th day of November, 2022.

/s/ Tiffany E. Caron
Tiffany E. Caron
Georgia Bar Number 745089
Attorney for Trustee

P.O. Box 711
West Palm Beach, FL 33402
(404) 647-4917
Tiffany.caron@hotmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113J-4<br>Case 21-40304-EJC<br>Southern District of Georgia<br>Savannah<br>Mon Nov 28 16:55:01 EST 2022 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Apalachee Heritage Homeowners Association, I<br>C/o Winter Capriola Zenner, LLC<br>3490 Piedmont Road NE, Suite 800<br>Atlanta, GA 30305-4811 |
| Andrea Lynn Betts<br>Robertson, Anschutz, Schneid, Crane & Pa<br>10700 Abbott's Bridge Rd.<br>Suite 170<br>Duluth, GA 30097-8461 | Robin Blass<br>Harry Norman Realtors<br>4848 Ashford Dunwoody Rd.<br>Atlanta, GA 30338-4829 | Tiffany E. Caron<br>P.O. Box 711<br>West Palm Beach, FL 33402-0711 |
| Julian Theodore Cotton<br>Padgett Law Group<br>6267 Old Water Oak Road, Suite 203<br>Tallahassee, FL 32312-3858 | Duke Energy<br>c/o Bull City Financial Solutions<br>2609 N. Duke Street, Suite 500<br>Durham NC 27704-0015 | Duke Power Co.<br>PO Box 1245<br>Charlotte NC 28201-1245 |
| Fair Square Financial LLC<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Brian Stephen Goldberg<br>Freeman Mathis & Gary LLP<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, GA 30339-5948 |
| Judson C. Hill<br>Gastin & Hill<br>1020 Drayton Street<br>Ste. 201<br>Savannah, GA 31401-6535 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | J. P. Morgan Acquisition Corp.<br>c/o Padgett Law Group<br>6267 Old Water Oak Road #203<br>Tallahassee, FL 32312-3858 |
| Jae Hwan Cheung<br>595 Big Bend Trail<br>Sugar Hill GA 30518-8192 | Jae Hwan Chung a/k/a Jae Hwan Cheung<br>595 Bing Bend Trail<br>Sugar Hill, GA 30518-8192 | Jae Hwan Chung a/k/a Jae Hwan Cheung<br>c/o O'Kelley & Sorohan, Attorneys at Law<br>2170 Satellite Blvd, Suite 375<br>Duluth GA 30097-4983 |
| Seung Hwa Lee<br>2809 Heritage Oaks Circle<br>Dacula, GA 30019-7082 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Andrew H. McCullen<br>163 Whitefoord Ave NE<br>Atlanta, GA 30307-2803 |
| Jacqueline Mcnally<br>Padgett Law Group<br>6267 Old Water Oak Road<br>Suite 203<br>Tallahassee, FL 32312-3858 | O. Byron Meredith, III<br>P O Box 10556<br>Savannah, GA 31412-0756 | Merrick Bank<br>P.O. Box 9201<br>Old Bethpage NY 11804-9001 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Midland Funding<br>350 Camino De La Reina<br>Suite 100<br>San Diego CA 92108-3007 | NewRez<br>55 Beattie Place, Suite 100 MS 561<br>Greenville SC 29601-2137 |
| NewRez LLC dba Shellpoint Mortgage Servicing<br>PO Box 10826<br>Greenville, SC 29603-0826 | Office of the U. S. Trustee<br>33 Bull Street, Suite 400<br>Savannah, GA 31401-3331 | Republic Finance<br>Attn: Legal/Officer<br>3190 Atlanta, Hwy, Suite 109<br>Athens GA 30606-6972 |

| | | |
|---|---|---|
| Republic Finance<br>c/o Capitol Corp Services Inc, Reg Agt<br>3675 Crestwood Parkway, Suite 350<br>Duluth GA 30096-5054 | (p)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | Joshua M. Ryden<br>Padgett Law Group<br>6267 Old Water Oak Rd Ste 203<br>Tallahassee, FL 32312-3858 |
| Shellpoint Mortgage<br>75 Beattie Pl, #300<br>Greenville SC 29601-2138 | U.S. Bank Trust National Association<br>Robertson, Anschutz, Schneid, Crane & Pa<br>10700 Abbotts Bridge Road, Suite 170<br>Duluth, GA 30097-8461 | U.S. Bank Trust National Association<br>Selene Finance, LP<br>Attn: BK Dept<br>3501 Olympus Blvd, Suite 500<br>Dallas, TX 75019-6295 |
| U.S. Bank Trust National Association, not in<br>10700 Abbotts Bridge rd Suite 170<br>Duluth, Ga 30097-8461 | (p)U S  ATTORNEY'S OFFICE<br>P O BOX 8970<br>SAVANNAH GA 31412-8970 | Miye Johnson Yi<br> Winter Capriola Zenner, LLC<br>3490 Piedmont Road NE, Suite 800<br>Atlanta, GA 30305-4811 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>1220 Old Alpharetta Road<br>Suite 350<br>Alpharetta GA 30005 | Georgia Department of Revenue<br>Compliance Division, ARCS Bankruptcy<br>1800 Century Blvd, NE, Suite 9100<br>Atlanta GA 30345 | Republic Finance LLC<br>Attn:  Legal/Officer<br>282 Tower Rd<br>Ponchatoula LA 70454-8318 |
| (d)Republic Finance, LLC<br>282 Tower Road<br>Ponchatoula, LA  70454 | (d)Republic Finance, LLC<br>Attn:  Legal/Officer<br>7031 Commerce Circle, Ste 100<br>Baton Rouge LA 70809 | United States Attorney<br>P.O. Box 8970<br>Savannah GA 31412 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Apalachee Heritage Homeowners Association, | (u)Tifany E. Caron | (d)Tiffany  E. Caron<br>P.O. Box 711<br>West Palm Beach, FL 33402-0711 |
| (u)Jae Chung | (d)NewRez<br>55 Beattie Place, Suite 100 MS 561<br>Greenville, SC 29601-2137 | (u)NewRez LLC DBA Shellpoint Mortgage Servici |

End of Label Matrix
Mailable recipients    38
Bypassed recipients     6
Total                  44